UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAWSON,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT KEARN, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00038-JDP<br><br>SECOND ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS |

    Plaintiff is a state prisoner proceeding without counsel in this civil rights action under 42 U.S.C. § 1983. On March 5, 2019, the court ordered plaintiff to submit an application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. ECF No. 4. On March 29, 2019, plaintiff submitted the application, ECF No. 5, but he omitted the page containing language that would allow the agency in custody of plaintiff to deduct money from plaintiff's prison trust account. Without this authorization, the court will not allow plaintiff to proceed *in forma pauperis*. Accordingly, the court will order plaintiff to submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action.

    Accordingly, it is hereby ordered that:

    Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: April 2, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 203.