UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAWSON,<br><br>            Plaintiff,<br><br>   v.<br><br>SCOTT KEARN, *et al.*,<br><br>            Defendants. | Case No. 1:19-cv-00038-JDP<br><br>THIRD ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS |

      Plaintiff is a state prisoner proceeding without counsel in this civil rights action under 42 U.S.C. § 1983. On March 5, 2019, the court ordered plaintiff to submit an application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. ECF No. 4. On March 29, 2019, plaintiff submitted the application, ECF No. 5, but he omitted the page containing language that would allow the agency in custody of plaintiff to deduct money from plaintiff's prison trust account. Without this authorization, the court will not allow plaintiff to proceed *in forma pauperis*. Accordingly, the court ordered plaintiff to submit to the court an application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. ECF No. 6.

      Plaintiff failed to comply with this order. Instead of submitting the application to the court, plaintiff filed a letter with the court on April 29, 2019. ECF No. 8. In it, plaintiff states that he submitted the application to the Trust Account Office at his place of incarceration "for

them to fill out" and forward to the court.  ECF No. 8.  To date, the court has not received plaintiff's application to proceed *in forma pauperis*.  The court will provide plaintiff one final opportunity to complete the application to proceed *in forma pauperis* and submit it directly to the court.  Failure to comply with this order will result in dismissal of this action.

   Accordingly, it is hereby ordered that:

   Within forty-five days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action.  No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  May 6, 2019           /s/ Jeremy Peterson
                 UNITED STATES MAGISTRATE JUDGE

No. 203