# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. LAWSON, | Case No. 1:19-cv-00038-JDP |
| Plaintiff, | ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE |
| v. | |
| SCOTT KEARN, *et al.*, | ECF No. 16 |
| Defendants. | |

Plaintiff John J. Lawson has filed a notice of voluntary dismissal under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. *See* ECF No. 16. Plaintiff is on the only party to appear in this case. I therefore direct the clerk's office to close the case.

IT IS SO ORDERED.

Dated: December 24, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.

1